IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VALERIE L. JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 07-116 Erie |
| v. ) | |
| ) | |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on May 16, 2007, and was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation, filed on September 10, 2007 [3], recommended that the instant *habeas corpus* action be dismissed for Petitioner's failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Cambridge Springs, where she is incarcerated. Petitioner has filed no objections to Chief Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd day of October, 2007;

IT IS HEREBY ORDERED that the instant *habeas corpus* action be dismissed for Petitioner's failure to prosecute.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on September 10, 2007 [3], is adopted as the opinion of the Court.

    s/ Sean J. McLaughlin
    United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, Chief U.S. Magistrate Judge